UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>SOLUTIONS GROUP INTERNATIONAL, INC. and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No. 5:21-cv-01101-CJC-SP<br><br>**JUDGMENT**<br><br><br><br>Complaint: August 3, 2021 |

Per the Stipulation of the parties, the Court enters judgment on the operable complaint in this matter, as amended, on the single breach of contract cause of action asserted, as follows:

Judgment (after credits for payments) in favor of Plaintiff Zurich American Insurance Company and against Defendant Solutions Group International, Inc. in the amount of $30,347.60 (consisting of $27,500.00 in damages, $2,759.00 in attorneys' fees, and $88.60 in costs).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Date: March 22, 2023

_____
Hon. Cormac J. Carney
United States District Judge

**CC: FISCAL**

1